## SECOND DEPARTMENT, DECEMBER, 1970

### (December 7, 1970)

 In the Matter of SHELDON BLUME, an Attorney (Admitted as SHELDON BLOOMOWITZ), Respondent. SOLOMON A. KLEIN, Petitioner.—

952

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.